# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-10261 MRW | Date | October 1, 2021 |
|---|---|---|---|
| Title | A-One Commercial Insurance v. TFI Liner | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING CASE**

    The parties filed a stipulation to dismiss this case with prejudice. (Docket # 33.) This action is dismissed with prejudice.