JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TFI LINER, INC.; HYUN SIK SHIN, an individual; and JUSTIN SKOWRON, an individual, <br><br> Defendants. | Case No.: 2:20−cv−10261 MRW <br><br> Assigned to Magistrate Judge Michael R. Wilner <br><br> [~~PROPOSED~~] JUDGMENT PURSUANT TO STIPULATION <br><br><br> Filing Date: 11/09/20 <br> Trial Date: None |

Pursuant to the Stipulation for Dismissal of Entire Action With Prejudice and Stipulation for Court to Retain Jurisdiction to Enforce Settlement Agreement executed by the parties thereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.  Judgment shall be entered against Defendants TFI Liner, Inc., and Hyun Sik Shin, and in favor of Plaintiff A-ONE Commercial Insurance Risk Retention Group, Inc., in the principal amount of $45,428.07, minus $27,000 paid by Defendants, for a net principal amount of $18,428.07;

2.  Plaintiff is entitled to interest accruing on $3000 from July 1, 2022 to the

1 date of Judgment, and on $18,428.07 after entry of Judgment, to the extent it remains unpaid, at the maximum legal rate until this Judgement is paid in full and satisfied;

3. Plaintiff A-ONE Commercial Insurance Risk Retention Group, Inc. is awarded the reasonable attorney's fees, expenses and disbursements incurred by Plaintiff solely in collecting and enforcing this Judgment, in the amount of $5,225.00; and

4. Plaintiff A-ONE Commercial Insurance Risk Retention Group, Inc. is awarded its costs of suit incurred in this action, but excluding attorney's fees except to the extent permitted by paragraph 3 above; and

5. This Court shall retain jurisdiction to enforce this Judgment until satisfaction of Judgment.

Dated: July 21, 2023

_____
Hon. Michael R. Wilner, Magistrate Judge
of the U.S. District Court